PASQUALE F. GIANNETTA, ESQ.
36 Mountain View Boulevard
Wayne, NJ 07470
(973-872-9700)
*Attorney for Evelin Vega*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : Crim No. 10-00842-001 | |
| Plaintiff : | |
| : | |
| v. : | |
| : ORDER EXTENDING TIME FOR | |
| EVELIN VEGA : VOLUNTARY SURRENDER | |
| Defendant : | |
| : | |

**THIS MATTER** having come before the Court on Motion of Defendant Evelin Vega, (Pasquale F. Giannetta, Esq., appearing) for an Order Extending Time for Voluntary Surrender for service of her sentence; the United States of America (Assistant US Attorney Robert Frazer, appearing) having no objection; the Court having reviewed the letter submitted; and for good cause shown;

**IT IS** on this 9 day of May, 2011,

**HEREBY ORDERED** that Defendant shall surrender to the custody of the Bureau of Prisons no earlier than July 1, 2011 or as soon thereafter as the Bureau of Prisons shall designate; and

**FURTHER ORDERED** that Defendant shall surrender to the custody of the Bureau of Prisons at a location to be designated by the Bureau of Prisons; and

**FURTHER ORDERED** that all terms and conditions of release shall continue in full force and effect until such time as Defendant surrenders to the custody of the Bureau of Prisons.

_____
HONORABLE JOSE L. LINARES
United States District Judge